Argued September 20, affirmed September 20, 1972

## STATE OF OREGON, *Respondent, v.* JOHN WESLEY PEASLEE (No. 71 3739), *Appellant.*

500 P2d 1062

*Robert C. Cannon,* Law Clerk, Salem, argued the cause for appellant. With him on the brief were Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem.

*John W. Burgess,* Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.